UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JUANA ROMERO GONZALEZ,

                Plaintiff,

    -against-

ROCKY MARIN, *individually and in his official capacity*, and ENVIRONMENTAL SERVICE CONCEPTS LLC,

                Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 4 2021

ORDER

20 Civ. 8674 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within forty-five (45) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: March 4, 2021
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge